# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| **United States of America**<br>v.<br>**Martin Omar ARZAGA**<br>DOB: xx/xx/1995<br>United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**17-07129MJ** |

Complaint for violation of Title 18 United States Code § 554(a)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about March 12-14, 2017, at or near Nogales, Phoenix, and elsewhere within in the District of Arizona, Martin Omar ARZAGA knowingly exported and sent from the United States any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, to wit: 15,265 rounds of 7.62x39mm ammunition; knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 22, United States Code, Section 2778; Title 22, Code of Federal Regulations, Part 121.1; and Title 22, Code of Federal Regulations, Part 123.1; in violation of Title 18, United States Code, Section 554(a).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On March 12, 2017, at approximately 11:22 pm, Martin Omar ARZAGA drove a black Dodge Avenger with Arizona license plate R0697 northbound through the Interstate 19 checkpoint.

On March 13, 2017, at approximately 12:30 pm, ARZAGA purchased 10,000 rounds of 7.62x39mm ammunition from Ammo AZ in Phoenix, Arizona. Surveillance video confirmed ARZAGA's identity as the purchaser. During the transaction, ARZAGA asked for a total of 18,000 rounds of ammunition, but the store only had 10,000 rounds in stock. While helping ARZAGA load the ammunition into his car (the same black Dodge Avenger), a store employee noted there was another Hispanic male in the car who was asking in Spanish about where they could buy more ammunition and AK-47 magazines. ARZAGA was referred to United Nations Ammo for the remainder of the items they were seeking. On the same date, at approximately 1:30 pm, utilizing the same vehicle, ARZAGA purchased 8,000 rounds of 7.62x39mm ammunition from United Nations Ammo in Phoenix, Arizona.

On March 14, 2017, at approximately 1:28 am, ARZAGA drove the same black Dodge Avenger northbound through the Interstate 19 checkpoint.

(continued on opposite side)

**MATERIAL WITNESS(ES) IN RELATION TO THE CHARGE:** N/A

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br><br>REVIEWED by AUSA Angela W. Woolridge *[signature]* | SIGNATURE OF COMPLAINANT<br>*[signature]*<br><br>OFFICIAL TITLE<br>HSI Special Agent |
|---|---|
| Sworn to before me and subscribed in my presence.<br>SIGNATURE OF MAGISTRATE JUDGE[1] *[signature]* | DATE<br>March 15, 2017 |

1) See Federal rules of Criminal Procedure Rules 3 and 54

On March 14, 2017, at 10:46 am, the same black Dodge Avenger exited the United States and entered Mexico through the Mariposa Port of Entry with Arelvy Maria Cereceres as the driver and ARZAGA as the sole passenger. The crossing photo of the vehicle indicated that it was heavily laden based on how low the rear of the vehicle appeared to be riding. (Note: 15,000 rounds of 7.62x39mm ammunition weighs approximately 718 pounds).

At approximately 11:51 am on the same date, Cereceres and ARZAGA re-entered the United States through the Mariposa Port of Entry driving in the same vehicle, which appeared to be much less heavily laden based on the height of the rear of the vehicle as compared to the outbound photo taken at 10:46 am. On the same date at approximately 2:30 pm, ARZAGA attempted to enter the United States again, this time through the pedestrian gate at the Decocinci Port of Entry. ARZAGA was detained for questioning. At approximately 3:45 pm, Cereceres was located in the black Dodge Avenger parked in the MacDonald's parking lot near the Mariposa Port of Entry.

Cereceres agreed to speak with agents and stated that she, ARZAGA, and two other males were present during the two purchases of the ammunition on March 13, 2017. Cereceres stated that one of the males had provided cash to ARZAGA at each store prior to the purchases. She also stated that while all four of them were in the car, there was discussion that the ammunition was destined for Mexico, specifically Sinaloa, and that ARZAGA would get paid $100.00 per box of ammunition that he transported into Mexico from the United States. Cereceres stated that ARZAGA had not worked in a while and that they needed money.

Cereceres stated that she was dropped off at her mother's house at approximately 4:00 pm on March 13, 2017, and that ARZAGA picked her up at the apartment they (Cereceres and ARZAGA) share in Phoenix early the following morning. Cereceres stated that she and ARZAGA left their apartment at approximately 7:00 am and traveled straight to Nogales, Arizona. During the drive she and ARZAGA were communicating with one of the aforementioned males, who was waiting from them in Mexico just south of the Port of Entry.

Cereceres stated that once she and ARZAGA crossed into Mexico, they picked up this male and drove south a short distance. They then pulled over on the side of the road near a hole in a fence by a neighborhood, where several men came and removed three or four suitcases filled with the ammunition from the trunk of the vehicle and one small suitcase from the rear seat. These men then took the cases through the fence and into the neighborhood. ARZAGA was not paid at this time, but at approximately 2:00 pm on the same day, he traveled back into Mexico to meet with the other male and receive his payment.

Cereceres allowed agents access to her cellular phone and social media account, where agents observed phone calls and photographs consistent with the statements she had made.

When ARZAGA was detained, $1,524 was found in his wallet. ARZAGA agreed to speak with agents and admitted to having purchased the ammunition.

At approximately 10:45 pm, agents traveled with Cereceres to the apartment she shares with ARZAGA in Phoenix. With ARZAGA's consent, agents searched the apartment discovered 3 boxes of 7.62x39mm ammunition in the spare room. Cereceres confirmed they were a few of the same boxes she had seen ARZAGA purchase the previous day. The agents found and seized 3 boxes and 35 loose rounds, for a total of 2,735 rounds of 7.62x39mm ammunition left behind from the total of 18,000 rounds of 7.62x39mm ammunition purchased by ARZAGA the previous day (and therefore a difference of 15,265 rounds of 7.62x39mm ammunition smuggled into Mexico).